**In re: INDEX NEWSPAPERS LLC.**

**Index Newspapers LLC, dba The Stranger, Petitioner,**

v.

**United States District Court for the Western District of Washington, Seattle, Respondent.**

**United States of America, Plaintiff–Real Party in Interest,**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Matthew Duran; et al., Defendants–Real Parties in Interest.

No. 13–71021.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Feb. 5, 2014.

Filed Sept. 5, 2014.

Michael William Dion, Assistant U.S., Jenny Anne Durkan, U.S., Office of the U.S. Attorney Seattle, WA, for Plaintiff–Real Party in Interest.

Neil M. Fox, Esquire, Law Office of Neil Fox PLLC Seattle, WA, for Petitioner.

Michael Symington Morgan, Assistant U.S., Office of the U.S. Attorney Seattle, WA, for Respondent.

Kimberly Noel Gordon, Counsel, Law Offices of Gordon & Saunders, PLLC Seattle, WA, for Defendant–Real Party in Interest.

Jennifer Kaplan, Law Offices of Gilbert H. Levy Seattle, WA, for Defendant–Real Party in Interest.

Before: FISHER, GOULD, and CHRISTEN, Circuit Judges.

ORDER *

The petition for writ of mandamus is **DISMISSED** for the reasons stated in the opinion filed concurrently with this order

\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

\* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

in *United States v. Index Newspapers LLC,* No. 13–35243.

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.